SMART ET AL., APPELLANTS, *v.* CUBBY DRILLING, INC., APPELLEE, ET AL.

[Cite as Smart *v.* Cubby Drilling, Inc. (1988), 36 Ohio St. 3d 611.]

(No. 87-2068—Decided April 13, 1988.)

*Nukes & Perantinides* and *Linda Tucci Teodosio,* for appellants.

*Vogelgesang, Howes, Lindamood & Brunn* and *Donald P. Wiley,* for appellee.

MOYER, C.J., LOCHER, HOLMES, WRIGHT and H. BROWN, JJ., concur.

SWEENEY and DOUGLAS, JJ., dissent.

DOUGLAS, J., dissenting. I dissent and would reverse and remand to the trial court for consideration of plaintiffs' claim per *Van Fossen* v. *Babcock & Wilcox Co.* (1988), 36 Ohio St. 3d 100, 522 N.E. 2d 489, decided this date.

SWEENEY, J., concurs in the foregoing dissenting opinion.

COLUMBUS BAR ASSOCIATION *v.* WHITE.

[Cite as Columbus Bar Assn. *v.* White (1988), 36 Ohio St. 3d 611.]

(D.D. No. 88-2—Decided April 20, 1988.)

Albert M. White, Jr. is publicly reprimanded.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, JONES and H.

BROWN, JJ., concur.

JONES, J., of the Twelfth Appellate District, sitting for WRIGHT, J.